1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   ROBERT FERRO,                    )   Case No. EDCV 08-1363-VAP
                                       )   RE: **EDCR 06-27-VAP**
12                                     )
            Plaintiff/Respondent,      )   ORDER REQUIRING RETURN TO § 2255
13                                     )   MOTION
            v.                         )
14                                     )
     UNITED STATES OF AMERICA,         )
15                                     )
             Defendant/Movant.         )
16   _____

17

18       Based upon Defendant/Movant's Motion to Vacate, Set Aside or

     Correct Sentence filed herein and good cause appearing:
19
         IT IS HEREBY ORDERED that the United States Attorney file an
20
     Answer to the motion on/or before **November 28, 2008**, accompanied
21
     by all records, and that Respondent serve a copy of the Answer upon
22
     the Defendant/Movant prior to the filing thereof.
23
         NO EXTENSIONS OF TIME WILL BE GRANTED EXCEPT FOR GOOD CAUSE
24
     SHOWN UNDER EXTRAORDINARY CIRCUMSTANCES.
25
         IT IS FURTHER ORDERED that if the Defendant/Movant desires to
26
     file a Reply to the Answer, he shall do so twenty-one days from the
27
     Return filing date, setting forth separately: (a) his admission or
28

1  denial of any new factual allegations of the return, and (b) any

2  additional legal arguments.

3       IT IS FURTHER ORDERED that if any pleading or other paper

4  submitted to be filed and considered by the Court does <u>not</u> include

5  a certificate of service upon the Respondent, or counsel for

6  Respondent, it will be stricken from this case and disregarded by

7  the Court.

8

9  Dated:   November 6, 2008

                                    VIRGINIA A. PHILLIPS
10                                  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28