THOMAS P. O'BRIEN
United States Attorney
EILEEN M. DECKER
Assistant United States Attorney
Chief, National Security Section
DENNISE D. WILLETT (Cal. State Bar # 173491)
Assistant United States Attorney
Deputy Chief, National Security Section
    3880 Lemon Street
    Suite 210
    Riverside, California 92501
    Telephone:  (951) 276-6938
    Facsimile:  (951) 276-6237
    Email: Dennise.Willett@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>           v.<br><br>ROBERT FERRO,<br><br>    Defendant/Movant. | NO. ED CV 08-1363-VAP<br>RE: ED CR 06-27-VAP<br><br>ORDER |

IT IS SO FOUND AND ORDERED that for the reasons set forth in the Government's unopposed motion to unseal pages 7-14 of the sentencing hearing transcript held on August 27, 2007 in ED CR 06-27-VAP is hereby GRANTED. Said portion of the transcript shall be provided to government counsel.

Dated: November 17, 2008

                                         /s/ Virginia A. Phillips
                                   HONORABLE VIRGINIA A. PHILLIPS
                                   UNITED STATES DISTRICT JUDGE