THOMAS P. O'BRIEN
United States Attorney
EILEEN M. DECKER
Assistant United States Attorney
Chief, National Security Section
DENNISE D. WILLETT (Cal. State Bar # 173491)
Assistant United States Attorney
Deputy Chief, National Security Section
    3880 Lemon Street
    Suite 210
    Riverside, California 92501
    Telephone:  (951) 276-6938
    Facsimile:  (951) 276-6237
    Email: Dennise.Willett@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff/Respondent,<br>    v.<br>ROBERT FERRO,<br>    Defendant/Movant. | NO. ED CV 08-1363-VAP<br>RE: ED CR 06-27-VAP<br><br><u>ORDER DECLARING PARTIAL WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND COMPELLING DISCLOSURE FO CERTAIN ATTORNEY-CLIENT COMMUNICATIONS</u> |

    The Court, having considered the government's Motion For a Court Order Declaring Partial Waiver Of Attorney-Client Privilege and Compelling Disclosure of Certain Attorney-Client Communications, and no response from the defendant/movant having been submitted, and good cause having been shown,

    IT IS HEREBY ORDERED THAT:

    (1)  Defendant Robert Ferro has waived his attorney-client privilege with respect to all communications between himself and his attorneys, Rhonda Anderson, Arturo Hernandez and Lisa Jackson, concerning the events and facts related to defendant's claims of ineffective assistance of counsel in <u>United States v.</u>

Robert Ferro, No. CV 08-1363-VAP;

(2) The above-named attorneys are ordered to disclose to the government and the Court all communications between themselves and defendant and themselves and each other concerning the events and facts related to defendant's claims of ineffective assistance regarding pretrial motions, including plea negotiations, plea, withdrawal of guilty plea and sentencing in United States v. Robert Ferro, No. CR 06-27-VAP;

(3) Documents and information obtained from the above-referenced attorneys which contain attorney-client privileged information shall not be used by plaintiff United States of America against defendant Robert Ferro in any manner during any future proceeding, including any possible retrial;

(4) Plaintiff United States of America shall treat such documents and information as confidential and not disseminate or disclose their contents other than in the course of its litigation of the above-entitled proceeding pursuant to 28 U.S.C. § 2255.

Dated: December 1, 2008

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE