O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) ROBERT FERRO, ) ) Defendant. ) _____ ) | Case No. EDCR 06-27-VAP<br><br>**[Motion filed on December 9, 2009**<br><br>**ORDER DENYING MOTION FOR RETURN OF PROPERTY FILED BY MARIA FERRO** |

    Maria Ferro, appearing in pro se, filed a document entitled "Notice of Motion and Motion for Return of Property Pursuant to Fed. R. Civ. Proc., Rule 41" on December 9, 2009.  The Government filed a Response to the Motion on January 8, 2010, and a Supplemental Respnse on January 15, 2010.  The Motion is suitable for resolution without hearing.

    Maria Ferro has no standing to bring this motion in this action.  She is not a defendant in this case; her husband is the named defendant.  The Court sentenced

Robert Ferro, the sole named Defendant, on August 27, 2007.  Doc. No. 254 (Judgment and Commitment Order).

    Furthermore, as the Government points out in its Response, on October 6, 2008, Defendant Robert Ferro filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255, Doc. No. 274, seeking to withdraw his guilty plea.  If the relief sought in that 2255 Motion were granted, the evidence seized by government agents would be necessary for the prosecution of its case against Defendant Ferro.  The relief apparently sought by Maria Ferro in the present motion is the return to her of items seized by government agents in the search of Defendant Robert Ferro's residence.  She has shown no entitlement to the return of any items.

    For the reasons set forth above, the Court DENIES the Motion.

    **IT IS SO ORDERED.**

Dated: January 21, 2009                    /s/ Virginia A. Phillips
                                           VIRGINIA A. PHILLIPS
                                           United States District Judge