UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FERRO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No. EDCV 08-1363-VAP<br>*RE: EDCR 06-27-VAP*<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Motion pursuant to 28 U.S.C. § 2255 is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: July 19, 2010

　　　　　　　　　　　　　　　　　*/s/ Virginia A. Phillips*
　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　United States District Judge